

```
                  UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Criminal Case No. 08CR1522-BTM
                             )
              Plaintiff,     )   I N F O R M A T I O N
                             )
     v.                      )   Title 8, U.S.C.,
                             )   Secs. 1324(a)(1)(A)(ii) and
NIBARDO SANDOVAL-BARRON,     )   (v)(II) - Transportation of
                             )   Illegal Aliens and Aiding and
              Defendant.     )   Abetting
                             )
_____)
```

The United States Attorney charges:

On or about April 27, 2008, within the Southern District of California, defendant NIBARDO SANDOVAL-BARRON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Gonzalez-Mendez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 13, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
4/30/08